MARTHA MARRERO RIVERA, demandante y recurrida, *v.* FRANCISCO M. DOLZ SÁNCHEZ, demandado y peticionario.

*Número:* CC-96-405          *Resuelto:* 15 de noviembre de 1996

*Francisco M. Dolz Sánchez*, peticionario, *pro se.*

## RESOLUCIÓN

Vista la *Moción solicitando suspensión de los efectos de la resolución recurrida*, se deniega ésta. La situación que presenta el recurso de referencia no cumple —ni remotamente— con los criterios preceptuados en la Regla 28 de nuestro Reglamento, 4 L.P.R.A. Ap. XXI-A. Esta regla ofrece un remedio excepcional de trascendental importancia en casos en que existan situaciones de verdadera urgencia. Su mala utilización trastoca y entorpece injustificadamente el funcionamiento interno de este Tribunal, lo cual tiene un efecto detrimental en la administración ·expedita de la justicia.

Se le apercibe tanto al peticionario, abogado que compareció por derecho propio, como a la clase togada en general de que requeriremos en lo sucesivo una invocación más responsable del remedio contenido en la Regla 28 del Reglamento del Tribunal Supremo, *supra*, sobre las mociones en auxilio de jurisdicción. Tal cual dispone la referida regla, en ausencia de urgencia o ante una patente frivolidad, no vacilaremos en imponer sanciones, de forma que aseguremos el funcionamiento adecuado de nuestro sistema de justicia.

En atención a lo anterior, se deniega la *Moción solicitando suspensión de los efectos de la resolución recurrida* y se ordena que el recurso presentado en el caso de epígrafe se tramite por la vía ordinaria.

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario del Tribunal Supremo*